**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                          PLAINTIFF

v.                                            NO. 4:05CR00292 JLH

WARREN W. OVERTON                                                                                                   DEFENDANT

**ORDER**

The conditions of Warren W. Overton's release are hereby modified to add the following conditions: Overton must successfully complete the residential treatment program for alcohol abuse at the Wilbur D. Mills Treatment Center in Searcy, Arkansas. Thereafter, he must successfully complete residential treatment at a chemical-free living facility as directed by the United States Probation Office. In the event that sentencing is not scheduled before Overton completes the chemical-free living program, he must notify the Court of the impending completion of that program so that a hearing can be scheduled to decide whether he will be detained until sentencing or whether he will be released with or without a modification of the conditions of release. All other conditions of release remain in effect.

IT IS SO ORDERED this 3rd day of October, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE