UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | NO. 4:05CR00292 JLH |
| WARREN W. OVERTON | DEFENDANT |

### ORDER

Defendant Overton has filed a Motion for Continuation of Treatment, which the Government does not oppose. Accordingly, the Court hereby grants Defendant's Motion and orders his release from custody so that he can re-enter the alcohol treatment program at the Wilbur Mills facility in Searcy, Arkansas, to participate in that program for the next forty-nine days, after which time the Court will address the issue of chem-free living, in the event that the defendant has not been sentenced by then.

Defendant Overton shall be responsible for the cost of the forty-nine day treatment program, and the F.P.D. Office will transport Mr. Overton directly from the detention center in Sheridan, Arkansas, to the Wilbur Mills facility in Searcy. All other conditions of release remain in effect.

IT IS SO ORDERED THIS 9TH DAY OF NOVEMBER, 2006.

_____
Hon. J. Leon Holmes
United States District Judge